B1 (Official Form 1) (4/10)

| United States Bankruptcy Court<br>District of Delaware | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Westland Devco, LP** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**DBA Westland, Petroglyphs, Strom Cloud, Sundoro South, Watershed, Grasslands** | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all):<br>**20-5966647** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all): |
| Street Address of Debtor (No. & Street, City, and State):<br>**201 Third Street, Suite 500**<br>**Albuquerque, NM 87102**   ZIP CODE **87102-0000** | Street Address of Joint Debtor (No. & Street, City, and State):   ZIP CODE |
| County of Residence or of the Principal Place of Business:<br>**Bernalillo** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):   ZIP CODE | Mailing Address of Joint Debtor (if different from street address):   ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above): **Alburquerque, NM** | |

| Type of Debtor<br>(Form of Organization)<br>(Check one box) | Nature of Business<br>(Check one box.) | Chapter of Bankruptcy Code Under Which<br>the Petition is Filed (Check one box) |
|---|---|---|
| ☐ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>☐ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☒ Other (If debtor is not one of the above entities, check this box and state type of entity below.)<br>**Limited Partnership** | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☒ Other<br>—————<br>Tax-Exempt Entity<br>(Check box, if applicable.)<br>☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code). | ☐ Chapter 7   ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding<br>☐ Chapter 9<br>☒ Chapter 11   ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding<br>☐ Chapter 12<br>☐ Chapter 13<br><br>**Nature of Debts**<br>(Check one box)<br>☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."   ☒ Debts are primarily business debts. |

| Filing Fee (Check one box.) | Check one box:   Chapter 11 Debtors |
|---|---|
| ☒ Full Filing Fee attached<br><br>☐ Filing Fee to be paid in installments (Applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br><br>☐ Filing Fee waiver requested (Applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☒ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D)<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter).*<br>--------<br>Check all applicable boxes:<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |

**Statistical/Administrative Information**   THIS SPACE IS FOR COURT USE ONLY

☒ Debtor estimates that funds will be available for distribution to unsecured creditors.
☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

Estimated Number of Creditors

| ☒ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

Estimated Assets

| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☒ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Debts

| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☒ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

| Voluntary Petition<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**Westland Devco, LP** | |
|---|---|---|
| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet.) | | |
| Location Where Filed: - None - | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |
| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet.) | | |
| Name of Debtor: - None - | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

### Exhibit A

(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)

☐ Exhibit A is attached and made a part of this petition.

### Exhibit B
(To be completed if debtor is an individual whose debts are primarily consumer debts.)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. § 342(b).

X _____
   Signature of Attorney for Debtor(s)      (Date)

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☒ No

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box.)

☒ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes.)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| Voluntary Petition<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**Westland Devco, LP** |
|---|---|

## Signatures

| Signature(s) of Debtor(s) (Individual/Joint) | Signature of a Foreign Representative |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct.<br>[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.<br><br>[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).<br><br>I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br>X _____<br>  Signature of Debtor<br>X _____<br>  Signature of Joint Debtor<br><br>_____<br>Telephone Number (If not represented by attorney)<br><br>_____<br>Date | I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.<br><br>(Check only one box.)<br><br>☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.<br><br>☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.<br><br>X _____<br>(Signature of Foreign Representative)<br><br>_____<br>(Printed Name of Foreign Representative)<br><br>_____<br>Date |
| **Signature of Attorney\***<br>X _____<br>Signature of Attorney for Debtor(s)<br>**Norman L. Pernick (No. 2290)**<br>Printed Name of Attorney for Debtor(s)<br>**Cole, Schotz, Meisel, Forman & Leonard, P.A.**<br>Firm Name<br>**A Professional Corporation**<br>**500 Delaware Avenue, Suite 1410**<br>**Wilmington, DE 19801**<br>Address<br><br>**Ph: 302-652-3131 Fax:302-652-3117**<br>Telephone Number<br>**April 5, 2010**<br>Date<br><br>*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect. | **Signature of Non-Attorney Bankruptcy Petition Preparer**<br><br>I declare under penalty of perjury that: 1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; 2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, 3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official form 19 is attached.<br><br>_____<br>Printed Name and title, if any, of Bankruptcy Petition Preparer<br><br>_____<br>Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)<br><br>_____<br>Address<br>X _____<br><br>_____<br>Date |
| **Signature of Debtor (Corporation/Partnership)**<br>I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.<br>The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br>X _____<br>Signature of Authorized Individual<br>**Bruce V. Cook**<br>Printed Name of Authorized Individual<br>**Executive Vice President, Secretary and General Counsel of Westland Holdco, Inc., Managing General Partner of Westland Devco, LP**<br>Title of Authorized Individual<br>**April 5, 2010**<br>Date | Signature of Bankruptcy Petition Preparer or officer, principal, responsible person, or partner whose social security number is provided above.<br><br>Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual<br><br>If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.<br><br>*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. § 110; 18 U.S.C. § 156.* |

# RESOLUTIONS ADOPTED BY THE
# BOARD OF DIRECTORS
# (INCLUDING INDEPENDENT DIRECTORS)
# OF
# WESTLAND HOLDCO, INC.

The Board of Directors of WESTLAND HOLDCO, INC., a Delaware corporation (the "Corporation") hereby takes the following actions on behalf of the Corporation and as the Managing General Partner of Westland DevCo, LP, a Delaware limited partnership (the "Partnership") and as the sole member of Westland SPE GP, LLC ("SPE"), a General Partner of the Partnership, as of the 23rd day of December, 2009, at a duly called meeting of the Board of Directors of the Corporation pursuant to and in accordance with the Corporation's Certificate of Incorporation and By-Laws and in accordance with the provisions of the General Corporation Law of Delaware, as amended. Capitalized terms used herein and not otherwise defined shall have the meanings ascribed to such terms in the Partnership Agreement of the Partnership dated as of December 7, 2006, as amended (the "Partnership Agreement").

### The Partnership

RESOLVED, in light of the Partnership's current financial condition, the Corporation, as Managing General Partner of the Partnership and as sole member of SPE, has investigated, discussed and considered all options for addressing the Partnership's financial challenges and, after consultation with its advisors and other Partners of the Partnership, has concluded, that it is in the best interests of the Partnership, its creditors, employees and other interested parties that a petition be filed by the Partnership seeking relief under the provisions of Chapter 11 of the United States Code (the "Bankruptcy Code"); and it is further

RESOLVED, that George Rizk (the "Officer"), is hereby authorized, empowered and directed, on behalf of the Managing General Partner and in the name and on behalf of the Partnership, to execute and verify petitions under Chapter 11 of the Bankruptcy Code and to cause the same to be filed in the United States Bankruptcy Court for the District of Delaware at such time and in such form as said Officer executing the same shall determine; and it is further

RESOLVED, that the consent and approval herein of the Partnership's Chapter 11 case constitutes the definitive, conclusive and final approval of the Corporation, as a General Partner of the Partnership, and SPE, as a General Partner of the Partnership, pursuant to the Partnership Agreement, and any actions taken pursuant to the resolutions herein shall not require any further consent or approval by the Corporation and SPE; and it is further

RESOLVED, that the law firm of Cole, Schotz, Meisel, Forman & Leonard, P.A. is hereby retained as attorneys for the Partnership in connection with the bankruptcy proceedings authorized herein; and it is further

RESOLVED, that the law firm of Katten Muchin Rosenmann LLP is hereby retained as corporate and finance attorneys for the Partnership; and it is further

RESOLVED, that the financial advisory firm of Navigant Capital Advisors, LLC is hereby retained as financial advisor for the Partnership; and it is further

RESOLVED, that the Officer be and hereby is authorized, empowered and directed to execute and file all petitions, schedules, motions, lists, applications, pleadings and other papers, at such time and in such form as said Officer executing the same shall determine, and in that connection to employ and retain all assistance by legal counsel, accountants, financial advisors and other professionals, and to take and perform any and all further acts and deeds which he deems necessary, proper or desirable in connection with the Partnership's Chapter 11 case, with a view to the successful prosecution of such case; and it is further

RESOLVED, that the Officer be and hereby is authorized, empowered and directed, in the name and on behalf of the Partnership, to execute and deliver appropriate agreements, instruments or documents, including without limitation, financing arrangements and amendments to organizational documents or to take such other action as in the judgment of such Officer shall be or become necessary, proper or desirable to effectuate the foregoing resolutions, such approval to be conclusively evidenced by the taking of such action or by the execution and delivery thereof; and it is further

RESOLVED, that the filing by the Partnership of a petition seeking relief under the provisions of the Bankruptcy Code shall not dissolve the Partnership, but rather the Partnership shall continue the business of the Partnership after such filing; and it is further

RESOLVED, that all actions lawfully done or actions lawfully taken by the Officer to seek relief on behalf of the Partnership under Chapter 11 of the Bankruptcy Code and any matter related thereof, be and hereby are adopted, ratified, confirmed and approved; and it is further

2

RESOLVED, that any and all past actions heretofore in the name and on behalf of the Partnership in furtherance of any or all of the preceding resolutions be, and the same hereby are, ratified, confirmed and approved.

Corporation

RESOLVED, in light of the Corporation's current financial condition, the Board of Directors of the Corporation has investigated, discussed and considered all options for addressing the Corporation's financial challenges and, after consultation with the Corporation's advisors, has concluded, that it is in the best interests of the Corporation, its creditors, employees and other interested parties that a petition be filed by the Corporation seeking relief under the provisions of Chapter 11 of the Bankruptcy Code; and it is further

RESOLVED, that George Rizk (the "Corporation Officer"), is hereby authorized, empowered and directed, on behalf of and in the name of the Corporation, to execute and verify petitions under Chapter 11 of the Bankruptcy Code and to cause the same to be filed in the United States Bankruptcy Court for the District of Delaware at such time and in such form as said Corporation Officer executing the same shall determine; and it is further

RESOLVED, that the consent and approval herein of the Corporation's Chapter 11 case constitutes the definitive, conclusive and final approval of the Corporation and any actions taken pursuant to the resolutions herein shall not require any further consent or approval by the Corporation; and it is further

RESOLVED, that the law firm of Cole, Schotz, Meisel, Forman & Leonard, P.A. is hereby retained as attorneys for the Corporation in connection with the bankruptcy proceedings authorized herein; and it is further

RESOLVED, that the law firm of Katten Muchin Rosenmann LLP is hereby retained as corporate and finance attorneys for the Corporation; and it is further

RESOLVED, that the financial advisory firm of Navigant Capital Advisors, LLC is hereby retained as financial advisor for the Corporation; and it is further

RESOLVED, that the Corporation Officer be and hereby is authorized, empowered and directed to execute and file all petitions, schedules, motions, lists, applications, pleadings and other papers, at such time and in such form as said Corporation Officer executing the same shall determine, and in that connection to employ and retain all assistance by legal counsel, accountants, financial advisors and other professionals, and to take and perform any and all further acts and deeds which he deems necessary, proper or desirable in connection with the Corporation's Chapter 11 case, with a view to the successful prosecution of such case; and it is further

3

RESOLVED, that the Corporation Officer be and hereby is authorized, empowered and directed, in the name and on behalf of the Corporation, to execute and deliver appropriate agreements, instruments or documents, including without limitation, financing arrangements and amendments to organizational documents or to take such other action as in the judgment of such Corporation Officer shall be or become necessary, proper or desirable to effectuate the foregoing resolutions, such approval to be conclusively evidenced by the taking of such action or by the execution and delivery thereof; and it is further

RESOLVED, that the filing by the Corporation of a petition seeking relief under the provisions of the Bankruptcy Code shall not dissolve the Corporation, but rather the Corporation shall continue the business of the Corporation after such filing; and it is further

RESOLVED, that all actions lawfully done or actions lawfully taken by the Corporation Officer to seek relief on behalf of the Corporation under Chapter 11 of the Bankruptcy Code and any matter related thereof, be and hereby are adopted, ratified, confirmed and approved; and it is further

RESOLVED, that any and all past actions heretofore in the name and on behalf of the Corporation in furtherance of any or all of the preceding resolutions be, and the same hereby are, ratified, confirmed and approved.

SPE

RESOLVED, in light of SPE's current financial condition, the Corporation, as sole member of SPE, has investigated, discussed and considered all options for addressing SPE's financial challenges and, after consultation with its advisors has concluded, that it is in the best interests of SPE, its creditors, employees and other interested parties that a petition be filed by SPE seeking relief under the Bankruptcy Code; and it is further

RESOLVED, that George Rizk (the "SPE Officer"), is hereby authorized, empowered and directed, on behalf of the sole member and in the name and on behalf of the SPE, to execute and verify petitions under Chapter 11 of the Bankruptcy Code and to cause the same to be filed in the United States Bankruptcy Court for the District of Delaware at such time and in such form as said SPE Officer executing the same shall determine; and it is further

RESOLVED, that the consent and approval herein of the SPE's Chapter 11 case constitutes the definitive, conclusive and final approval of Holdco, as sole member of SPE, pursuant to the Amended and Restated Limited Liability Company Agreement of SPE, and any actions taken pursuant to the resolutions herein shall not require any further consent or approval by the Corporation; and it is further

4

RESOLVED, that the law firm of Cole, Schotz, Meisel, Forman & Leonard, P.A. is hereby retained as attorneys for SPE in connection with the bankruptcy proceedings authorized herein; and it is further

RESOLVED, that the law firm of Katten Muchin Rosenmann LLP is hereby retained as corporate and finance attorneys for SPE; and it is further

RESOLVED, that the financial advisory firm of Navigant Capital Advisors, LLC is hereby retained as financial advisor for SPE; and it is further

RESOLVED, that the SPE Officer be and hereby is authorized, empowered and directed to execute and file all petitions, schedules, motions, lists, applications, pleadings and other papers, at such time and in such form as said SPE Officer executing the same shall determine, and in that connection to employ and retain all assistance by legal counsel, accountants, financial advisors and other professionals, and to take and perform any and all further acts and deeds which he deems necessary, proper or desirable in connection with SPE's Chapter 11 case, with a view to the successful prosecution of such case; and it is further

RESOLVED, that the SPE Officer be and hereby is authorized, empowered and directed, in the name and on behalf of SPE, to execute and deliver appropriate agreements, instruments or documents, including without limitation, financing arrangements and amendments to organizational documents or to take such other action as in the judgment of such SPE Officer shall be or become necessary, proper or desirable to effectuate the foregoing resolutions, such approval to be conclusively evidenced by the taking of such action or by the execution and delivery thereof; and it is further

RESOLVED, that the filing by SPE of a petition seeking relief under the provisions of the Bankruptcy Code shall not dissolve SPE, but rather SPE shall continue the business of SPE after such filing; and it is further

RESOLVED, that all actions lawfully done or actions lawfully taken by any Officer to seek relief on behalf of SPE under Chapter 11 of the Bankruptcy Code and any matter related thereof, be and hereby are adopted, ratified, confirmed and approved; and it is further

RESOLVED, that any and all past actions heretofore in the name and on behalf of SPE in furtherance of any or all of the preceding resolutions be, and the same hereby are, ratified, confirmed and approved.

5

**BOARD OF DIRECTORS OF WESTLAND HOLDCO, INC.**

_____
Name: Frank Cappello
Title: Director


_____
Name: George Rizk
Title: Director


_____
Name: Bruce Elieff
Title: Director


_____
Name: Stephan Elieff
Title: Director


_____
Name: Michelle A. Dreyer
Title: Independent Director


_____
Name: Cheryl A. Tussie
Title: Independent Director

45895/0001-1522398v2
December 23, 2009

**BOARD OF DIRECTORS OF WESTLAND HOLDCO, INC.**

---
Name: Frank Cappello
Title: Director

---
Name: George Rizk
Title: Director

---
Name: Bruce Elieff
Title: Director

---
Name: Stephan Elieff
Title: Director

---
Name: Michelle A. Dreyer
Title: Independent Director

---
Name: Cheryl A. Tussie
Title: Independent Director

6

**BOARD OF DIRECTORS OF WESTLAND HOLDCO, INC.**

_____
Name: Frank Cappello
Title: Director



_____
Name: George Rizk
Title: Director



_____
Name: Bruce Elieff
Title: Director



_____
Name: Stephan Elieff
Title: Director



*/s/ Michelle A. Dreyer*
_____
Name: Michelle A. Dreyer
Title: Independent Director


*/s/ Cheryl A. Tussie*
_____
Name: Cheryl A. Tussie
Title: Independent Director


6

# WESTLAND DEVCO, LP

Written Consent

THE UNDERSIGNED, being the Limited Partners and General Partners of WESTLAND DEVCO, LP, a Delaware limited partnership (the "Partnership"), and the Independent Managers of Westland SPE GP, LLC (the "Independent Managers"), hereby consent in writing and take the following actions as of the 23rd day of December, 2009, pursuant to and in accordance with the Amended and Restated Partnership Agreement of the Partnership dated as of December 7, 2006, as amended (the "Partnership Agreement"). Capitalized terms used herein and not otherwise defined shall have the meanings ascribed to such terms in the Partnership Agreement.

RESOLVED, in light of the Partnership's current financial condition, the Partners and the Independent Managers of SPE have investigated, discussed and considered all options for addressing the Partnership's financial challenges and, after consultation with the Partnership's advisors, have concluded that it is in the best interests of the Partnership, its creditors, employees and other interested parties that a petition be filed by the Partnership seeking relief under the provisions of Chapter 11 of the United States Code (the "Bankruptcy Code"); and it is further

RESOLVED, that the Managing General Partner, acting through such officers of the Managing General Partner as it shall designate (the "Officer"), is hereby authorized, empowered and directed, in the name and on behalf of the Partnership, to execute and verify petitions under Chapter 11 of the Bankruptcy Code and to cause the same to be filed in the United States Bankruptcy Court for the District of Delaware at such time and in such form as said Officer executing the same shall determine; and it is further

RESOLVED, that the consent and approval herein of the Partnership's Chapter 11 case constitutes the definitive, conclusive and final approval pursuant to the Partnership Agreement, and any actions taken pursuant to the resolutions herein shall not require any further consent or approval by the Limited Partners, General Partners or the Independent Managers; and it is further

RESOLVED, that the law firm of Cole, Schotz, Meisel, Forman & Leonard, P.A. is hereby retained as attorneys for the Partnership in connection with the bankruptcy proceedings authorized herein; and it is further

RESOLVED, that the law firm of Katten Muchin Rosenmann LLP is hereby retained as corporate and finance attorneys for the Partnership; and it is further

RESOLVED, that the financial advisory firm of Navigant Capital Advisors, LLC is hereby retained as financial advisor for the Partnership; and it is further

RESOLVED, that the Officer be and hereby is authorized, empowered and directed to execute and file all petitions, schedules, motions, lists, applications, pleadings and other papers, at such time and in such form as said Officer executing the same shall determine, and in that connection to employ and retain all assistance by legal counsel, accountants, financial advisors and other professionals, and to take and perform any and all further acts and deeds which he or she deems necessary, proper or desirable in connection with the Partnership's Chapter 11 case, with a view to the successful prosecution of such case; and it is further

RESOLVED, that the Officer be and hereby is authorized, empowered and directed, in the name and on behalf of the Partnership, to execute and deliver appropriate agreements, instruments or documents, including without limitation financing arrangements and amendments to organizational documents or to take such other action as in the judgment of such Officer shall be or become necessary, proper or desirable to effectuate the foregoing resolutions, such approval to be conclusively evidenced by the taking of such action or by the execution and delivery thereof; and it is further

RESOLVED, that the filing by the Partnership of a petition seeking relief under the provisions of the Bankruptcy Code shall not dissolve the Partnership, but rather the Partnership shall continue the business of the Partnership after such filing, and it is further

RESOLVED, that all actions lawfully done or actions lawfully taken by any Officer to seek relief on behalf of the Partnership under Chapter 11 of the

2

Bankruptcy Code and any matter related thereof, be and hereby are adopted, ratified, confirmed and approved; and it is further

RESOLVED, that any and all past actions heretofore in the name and on behalf of the Partnership in furtherance of any or all of the preceding resolutions be, and the same hereby are, ratified, confirmed and approved; and it is further

RESOLVED, that this Consent shall serve in lieu of a meeting of the Partnership, the Partners hereby waive all requirements, if any, as to notice of a special meeting of the Partnership; and it is further

RESOLVED, that this Consent may be executed in one or more counterparts, each of which shall be deemed an original but all of which together shall constitute one and the same instrument.

IN WITNESS WHEREOF, the undersigned have caused this written consent of the Partnership to be executed this 23rd day of December, 2009.

**GENERAL PARTNERS:**

**WESTLAND HOLDCO, INC.,** a
Delaware limited liability company

By: _____
Name: Bruce Cook
Title: Executive Vice President,
Secretary & General Counsel

**WESTLAND SPE GP, LLC,** a
Delaware limited
liability company

By: Westland Holdco, Inc., its sole member

By: _____
Name: Bruce Cook
Title: Executive Vice President,
Secretary & General Counsel

3

**LIMITED PARTNERS:**

**SCC NM MEMBER LLC**, a Delaware limited liability company

By: _____/s/_____
    Name: Bruce Elieff
    Title: Manager


**D. E. SHAW REAL ESTATE PORTFOLIOS 1, L.L.C.** a Delaware limited liability company

By: D. E. Shaw & Co., L.L.C., its managing member

By: _____
    Name: George Rizk
    Title: Authorized Signatory


**INDEPENDENT MANAGERS OF WESTLAND SPE GP, LLC**


_____
Name: Michelle A. Dreyer
Title: Independent Manager


_____
Name: Cheryl A. Tussie
Title: Independent Manager

4

**LIMITED PARTNERS:**

**SCC NM MEMBER LLC,** a Delaware limited liability company

By: _____
    Name: Bruce Elieff
    Title: Manager


**D. E. SHAW REAL ESTATE PORTFOLIOS 1,**
L.L.C. a Delaware limited liability company

By: D. E. Shaw & Co., L.L.C., its managing member

By: */s/ George Rizk*
    Name: George Rizk
    Title: Authorized Signatory


**INDEPENDENT MANAGERS OF WESTLAND SPE GP, LLC**

_____
Name: Michelle A. Dreyer
Title: Independent Manager


_____
Name: Cheryl A. Tussie
Title: Independent Manager

4

45895/0001-1522331v2
December 23, 2009

**LIMITED PARTNERS:**

**SCC NM MEMBER LLC**, a Delaware limited liability company

By: _____
    Name: Bruce Elieff
    Title: Manager


**D. E. SHAW REAL ESTATE PORTFOLIOS 1, L.L.C.** a Delaware limited liability company

By:   D. E. Shaw & Co., L.L.C., its managing member

By: _____
    Name: George Rizk
    Title: Authorized Signatory


**INDEPENDENT MANAGERS OF WESTLAND SPE GP, LLC**

_____
Name: Michelle A. Dreyer
Title: Independent Manager


_____
Name: Cheryl A. Tussie
Title: Independent Manager

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## District of Delaware

In re  Westland Devco, LP

Debtor(s)

Case No. _____

Chapter 11

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Jones Day 222 East 41st Street New York City, NY 10017 | Jones Day 222 East 41st Street New York City, NY 10017 | Legal Fees | | 241,466.40 |
| DW Turner Inc 400 Gold Ave. SW, 12th Floor Albuquerque, NM 87102 | DW Turner Inc 400 Gold Ave. SW 12th Floor Albuquerque, NM 87102 | Trade Debt | | 135,000.00 |
| InterLegis, Inc. 1801 North Lamar St. Suite 201 Dallas, TX 75202 | InterLegis, Inc. 1801 North Lamar St., Suite 201 Dallas, TX 75202 | Trade Debt | | 96,205.23 |
| Happold Consulting Ltd Camden Mill, Lower Bristol Road BA2 3DQ, United Kingdom | Happold Consulting Ltd Camden Mill, Lower Bristol Road BA2 3DQ, United Kingdom | Trade Debt | | 67,370.00 |
| Bohannan Huston, Inc. 7500 Jefferson Street NE Courtyard One Albuquerque, NM 87109-4335 | Bohannan Huston, Inc. 7500 Jefferson Street NE Courtyard One Albuquerque, NM 87109-4335 | Trade Debt | | 50,773.53 |
| Deloitte & Touche, LLP P.O. Box 7247-6446 Philadelphia, PA 19170-6446 | Deloitte & Touche, LLP P.O. Box 7247-6446 Philadelphia, PA 19170-6446 | Professional Fees | | 45,000.00 |
| Heads Up Landscape P.O. Box 10597 Albuquerque, NM 87184-0597 | Heads Up Landscape P.O. Box 10597 Albuquerque, NM 87184-0597 | Trade Debt | | 35,334.25 |
| Huitt Zollars, Inc. P.O Box 191294 Dallas, TX 75219 | Huitt Zollars, Inc. P.O Box 191294 Dallas, TX 75219 | Trade Debt | | 31,984.91 |
| SWA Group 2200 Bridgeway Blvd Sausalito, CA 94965 | SWA Group 2200 Bridgeway Blvd Sausalito, CA 94965 | Trade Debt | | 24,458.40 |
| Errol L. Montgomery & Associates Inc 1550 E. Prince Road Tucson, AZ 85719 | Errol L. Montgomery & Associates Inc 1550 E. Prince Road Tucson, AZ 85719 | Trade Debt | | 22,801.17 |

B4 (Official Form 4) (12/07) - Cont.
In re   Westland Devco, LP                                    Case No. _____
                    Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Modrall Sperling Roehl P.A. P.O. Box 2168 Albuquerque, NM 87103-2168 | Modrall Sperling Roehl P.A. P.O. Box 2168 Albuquerque, NM 87103-2168 | Trade Debt | | 19,565.58 |
| Vaughn Weeden Creative, Inc 116 Central Ave SW Suite 300 Albuquerque, NM 87102 | Vaughn Weeden Creative, Inc 116 Central Ave SW Suite 300 Albuquerque, NM 87102 | Trade Debt | | 16,949.06 |
| MSHC Partners, Inc. 1155 15th St, NW, Ste 300 Washington, DC 20005 | MSHC Partners, Inc. 1155 15th St, NW, Ste 300 Washington, DC 20005 | Trade Debt | | 11,857.23 |
| Ronald R. Gastelum 5038 Range Horse Lane Rolling Hills Estates, CA 90274 | Ronald R. Gastelum 5038 Range Horse Lane Rolling Hills Estates, CA 90274 | Consulting Fees | | 10,000.00 |
| Kovach Group of Companies 20411 Birch St, Ste 300 Newport Beach, CA 92660 | Kovach Group of Companies 20411 Birch St, Ste 300 Newport Beach, CA 92660 | Trade Debt | | 10,000.00 |
| KTGY Group, Inc. 17992 Mitchell South Irvine, CA 92614 | KTGY Group, Inc. 17992 Mitchell South Irvine, CA 92614 | Trade Debt | | 9,030.00 |
| Robert L. Rivera 604D Griffin St. Santa Fe, NM 87501 | Robert L. Rivera 604D Griffin St. Santa Fe, NM 87501 | Lobbying | | 8,550.58 |
| On-Time Performance 45875 Ocotillo Drive Suite 13 Palm Desert, CA 92260 | On-Time Performance 45875 Ocotillo Drive Suite 13 Palm Desert, CA 92260 | Trade Debt | | 8,447.63 |
| Rodey, Dickason, Sloan, Akin & Robb, P.A 201 Third Street NW # 2200 Albuquerque, NM 87102 | Rodey, Dickason, Sloan, Akin & Robb, P.A 201 Third Street NW # 2200 Albuquerque, NM 87102 | Legal Fees | | 5,000.00 |
| White & Case 633 West Fifth Street, #1900 Los Angeles, CA 90071-2007 | White & Case 633 West Fifth Street, #1900 Los Angeles, CA 90071-2007 | Legal Fees | | 4,113.63 |

B4 (Official Form 4) (12/07) - Cont.
In re  **Westland Devco, LP**                                                     Case No. _____
                          Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, Bruce V. Cook, Executive Vice President, Secretary and General Counsel of Westland Holdco, Inc., Managing General Partner of Westland Devco, LP, named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date  **April 5, 2010**                    Signature  _____
                                                      **Bruce V. Cook**
                                                      **Executive Vice President, Secretary and General**
                                                      **Counsel of Westland Holdco, Inc., Managing General**
                                                      **Partner of Westland Devco, LP**

*Penalty for making a false statement or concealing property*: Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.