EXHIBIT A

Westland DevCo LP
Post-Petition Budget
in real $'s

| | Forecast 1 9-Apr-10 | Forecast 2 16-Apr-10 | Forecast 3 23-Apr-10 | Forecast 4 30-Apr-10 | Forecast 5 7-May-10 | Forecast 6 14-May-10 | Forecast 7 21-May-10 | Forecast 8 28-May-10 | Forecast 9 4-Jun-10 | Forecast 10 11-Jun-10 | Forecast 11 18-Jun-10 | Forecast 12 25-Jun-10 | Forecast 13 2-Jul-10 | Total 13 Week 9-Apr-10 2-Jul-10 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Period Number Week Ending | | | | | | | | | | | | | | |
| BEGINNING CASH BALANCE | $ 20,131 | $ 100,000 | $ 100,000 | $ 100,000 | $ 100,000 | $ 100,000 | $ 100,000 | $ 100,000 | $ 100,000 | $ 100,000 | $ 100,000 | $ 100,000 | $ 100,000 | $ 20,131 |
| TOTAL RECEIPTS | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| DISBURSEMENTS | | | | | | | | | | | | | | |
| Land Preservation Expenses | | | | | | | | | | | | | | |
| Stormcloud Phase 1 & 2 Lots | $ - | $ (5,000) | $ - | $ (5,000) | $ - | $ (5,000) | $ - | $ (5,000) | $ - | $ (5,000) | $ - | $ (5,000) | $ - | $ (30,000) |
| Upper Petroglyphs - Waterline | | | (250,000) | | | | | (250,000) | | | | | (300,000) | (800,000) |
| Engineering Services | | (50,000) | | | | | | | | | | | | (50,000) |
| 404 Permit Compliance | | (10,000) | | | (5,000) | | | | (10,000) | | | | | (25,000) |
| Bond Extension Premiums | | (3,170) | | | | | | | | | | | | (3,170) |
| General & Property Insurance | | | (66,614) | | | | | | | | | | | (66,614) |
| Property Taxes | (162,000) | | | | | | | | | | | | | (162,000) |
| APS Upper Petroglyphs expenses | | | | | (22,500) | | | | | | | | | (22,500) |
| Solar Plat Filing | | | (10,000) | | | | | | | | | | | (10,000) |
| Subtotal Payroll Expenses | $ (162,000) | $ (68,170) | $ (326,614) | $ (5,000) | $ (27,500) | $ (5,000) | $ - | $ (255,000) | $ (10,000) | $ (5,000) | $ - | $ (5,000) | $ (300,000) | $ (1,169,284) |
| Overhead Expenses | | | | | | | | | | | | | | |
| New Mexico Staff | | (366,398) | | (2,427) | | (366,398) | | (2,427) | | (278,441) | | (2,427) | | (1,018,518) |
| General and Admin Expenses | | (27,697) | | | | (27,697) | | | | (27,697) | | | | (83,090) |
| Subtotal Other Operating Expenses | $ - | $ (394,094) | $ - | $ (2,427) | $ - | $ (394,094) | $ - | $ (2,427) | $ - | $ (306,137) | $ - | $ (2,427) | $ - | $ (1,101,606) |
| Bankruptcy Related Fees/Expenses: | | | | | | | | | | | | | | |
| UCC Counsel | $ - | $ - | $ - | $ - | $ - | $ - | $ (24,000) | $ - | $ - | $ - | $ (24,000) | $ - | $ (12,000) | $ (60,000) |
| UCC Financial Advisors | | | | | | | (16,000) | | | | (16,000) | | (8,000) | (40,000) |
| US Trustee Fees | | | | | | | | | | | | (10,000) | | (10,000) |
| Subtotal Bankruptcy Fees/Expenses | $ - | $ - | $ - | $ - | $ - | $ - | $ (40,000) | $ - | $ - | $ - | $ (40,000) | $ (10,000) | $ (20,000) | $ (110,000) |
| TOTAL DISBURSEMENTS | $ (162,000) | $ (462,264) | $ (326,614) | $ (7,427) | $ (27,500) | $ (399,094) | $ (40,000) | $ (257,427) | $ (10,000) | $ (311,137) | $ (40,000) | $ (17,427) | $ (320,000) | $ (2,380,890) |
| NET CASH FLOW | $ (162,000) | $ (462,264) | $ (326,614) | $ (7,427) | $ (27,500) | $ (399,094) | $ (40,000) | $ (257,427) | $ (10,000) | $ (311,137) | $ (40,000) | $ (17,427) | $ (320,000) | $ (2,380,890) |
| BORROWER PROJECT FUNDING | $ 241,869 | $ 462,264 | $ 326,614 | $ 7,427 | $ 27,500 | $ 399,094 | $ 40,000 | $ 257,427 | $ 10,000 | $ 311,137 | $ 40,000 | $ 17,427 | $ 320,000 | $ 2,460,759 |
| ENDING CASH BALANCE (Minimum $100k) | $ 100,000 | $ 100,000 | $ 100,000 | $ 100,000 | $ 100,000 | $ 100,000 | $ 100,000 | $ 100,000 | $ 100,000 | $ 100,000 | $ 100,000 | $ 100,000 | $ 100,000 | $ 100,000 |