UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

-----------------------------------------------------------------x
In re:                                                          :   Chapter 11 Case
                                                                :
                                                                :   Case No. 10-11166 (CSS)
WESTLAND DEVCO, LP,                                             :
                                                                :
                    Debtor.                                     :
-----------------------------------------------------------------x

## NOTICE OF SERVICE OF FIRST REQUEST OF BARCLAYS CAPITAL REAL ESTATE INC., AS AGENT AND LENDER, FOR PRODUCTION OF DOCUMENTS DIRECTED TO WESTLAND DEVCO, LP

PLEASE TAKE NOTICE that a true and correct copy of the *First Request of Barclays Capital Real Estate Inc., as Agent and Lender, for Production of Documents Directed to Westland Devco, LP* was served on the parties below in the manner indicated on April 16, 2010.

**VIA U.S. MAIL AND ELECTRONIC MAIL**
Norman Pernick
Cole, Schotz, Meisel, Forman & Leonard, P.A.
500 Delaware Avenue, Suite 1410
Wilmington, DE 19801

Michael D. Sirota
Warren A. Usatine
Ryan T. Jareck
Cole, Schotz, Meisel, Forman & Leonard, P.A.
25 Main Street
Hackensack, NJ 07602-0800

DATE: April 19, 2010

Respectfully submitted,

*[signature]*

Francis A. Monaco, Jr. (No. 2078)
Kevin J. Mangan (No. 3810)
**WOMBLE CARLYLE SANDRIDGE & RICE, PLLC**
222 Delaware Avenue
Wilmington, Delaware 19801
(302) 252-4320
Telecopy: (302) 252-4330

Richard S. Miller
Jeffrey Rich
Eric Moser
**K&L GATES LLP**
599 Lexington Avenue
New York, NY 10022
(212) 536-3900
Telecopy: (212) 536-3901

**ATTORNEYS FOR
BARCLAYS CAPITAL REAL ESTATE INC.**