4/19/10 6:10PM

# United States Bankruptcy Court
## District of Delaware

In re   **Westland DevCo, LP**                                      Case No.   **10-11166 - CSS**
                              Debtor(s)                              Chapter    **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Westland HoldCo Inc<br>2392 Morse Ave<br>Irvine, CA 92614 | N/A | 99.50% of General Partnership Interest | General Partner |
| Westland SPE GP LLC<br>2392 Morse Ave<br>Irvine, CA 92614 | N/A | 0.50% of General Partnership Interest | General Partner |
| D.E. Shaw Real Estate Portfolio I, LLC<br>120 West 45th Street<br>New York, NY 10036 | N/A | 92.50% of Limited Partnership Interest | Limited Partner |
| Cal Land Venture LLC<br>2392 Morse Ave<br>Irvine, CA 92614 | N/A | 7.50% of Limited Partnership Interest | Limited Partner |
| SCC NM Member LLC<br>2392 Morse Ave<br>Irvine, CA 92614 | N/A | Management Interest Only | Limited Partner |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, Bruce V. Cook, Executive Vice President, Secretary and General Counsel of Westland Holdco, Inc., Managing General Partner of Westland Devco, LP, the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date   April 19, 2010                        Signature   _/s/ Bruce V. Cook_

Bruce V. Cook, Executive Vice President, Secretary
and General Counsel of Westland Holdco, Inc.,
Managing General Partner of Westland DevCo, LP

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.