# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | : Chapter 11 |
| Westland DevCo, LP,[1] | : Case No. 10-11166 (CSS) |
| Debtor. | : |

## NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING ON MAY 10, 2010 AT 2:00 P.M. BEFORE THE HONORABLE CHRISTOPHER S. SONTCHI[2]

## CONTESTED MATTERS GOING FORWARD

1. Motion of Barclays Capital Real Estate Inc. to Dismiss the Debtor's Chapter 11 Case Pursuant to Section 1112(b) of the Bankruptcy Code filed April 12, 2010 [Docket No. 23]

    Related Documents:

    A) Declaration of Mark Wuest of Barclays Capital Real Estate Inc. filed April 12, 2010 [Docket No. 24]

    B) Exhibits G through K to Declaration of Mark Wuest of Barclays Capital Real Estate Inc. filed April 12, 2010 [Docket No. 25]

    C) Exhibits L through Q to Declaration of Mark Wuest of Barclays Capital Real Estate Inc. filed April 12, 2010 [Docket No. 26]

    D) Notice of Hearing on the Motion of Barclays Capital Real Estate Inc. to Dismiss the Debtor's Chapter 11 Case Pursuant to Section 1112(b) of the Bankruptcy Code filed April 14, 2010 [Docket No. 38]

    E) Declaration and Expert Report of Ronald F. Greenspan filed April 29, 2010 [Docket No. 81]

    F) Reply Brief of Barclays Capital Real Estate Inc. with Respect to Debtor's Objections to: (I) Motion of Barclays Capital Real Estate Inc. to Dismiss the Debtor's Chapter 11 Case Pursuant to Section 1112(b) of the Bankruptcy Code; and (II) Motions of Barclays Capital Real Estate Inc. to Dismiss the Chapter 11 Case Pursuant to Section 1112(b) of the Bankruptcy Code and for Entry of an Order: (A) Granting Relief From the Automatic Stay, (B) Conditioning Any

---

[1] The Debtor in this Chapter 11 case, along with the last four digits of its federal tax identification number is: Westland DevCo, LP (6647).

[2] At the request of the Court, the Debtor will not submit duplicate hearing binders.

Continuation of the Stay on the Provision of Adequate Protection; and (C) Confirming that this is a Single Asset Real Estate Case Subject to 11 U.S.C. § 362(d)(3) filed April 30, 2010 [Docket No. 85]

Response Deadline: April 28, 2010 at 4:00 p.m. (ET)

Responses Filed:

A) Debtor's Objection to the Motion of Barclays Capital Real Estate, Inc. to Dismiss the Debtor's Chapter 11 Case Pursuant to Section 1112(b) of the Bankruptcy Code filed April 28, 2010 [Docket No. 73]

Related Documents:

i) Declaration of Frank Faye in Support of Debtor's Opposition to Motions of Barclays Capital Real Estate Inc. to Dismiss the Chapter 11 Case Pursuant to Section 1112(b) of the Bankruptcy Code and for Entry of an Order: (A) Granting Relief From the Automatic Stay, (B) Conditioning Any Continuation of the Stay on the Provision of Adequate Protection; and (C) Confirming that this is a Single Asset Real Estate Case Subject to 11 U.S.C. § 362(d)(3) filed April 28, 2010 [Docket No. 75]

ii) Declaration of Bruce V. Cook in Support of Debtor's Opposition to Motions of Barclays Capital Real Estate Inc. to Dismiss the Chapter 11 Case Pursuant to Section 1112(b) of the Bankruptcy Code and for Entry of an Order: (A) Granting Relief From the Automatic Stay, (B) Conditioning Any Continuation of the Stay on the Provision of Adequate Protection; and (C) Confirming that this is a Single Asset Real Estate Case Subject to 11 U.S.C. § 362(d)(3) filed April 28, 2010 [Docket No. 76]

iii) Declaration of Robert Starkman in Support of Debtor's Opposition to Motions of Barclays Capital Real Estate Inc. to Dismiss the Chapter 11 Case Pursuant to Section 1112(b) of the Bankruptcy Code and for Entry of an Order: (A) Granting Relief From the Automatic Stay, (B) Conditioning Any Continuation of the Stay on the Provision of Adequate Protection; and (C) Confirming that this is a Single Asset Real Estate Case Subject to 11 U.S.C. § 362(d)(3) filed April 28, 2010 [Docket No. 77]

iv) Declaration of Darin L. Buchalter in Support of Debtor's Opposition to Motions of Barclays Capital Real Estate Inc. to Dismiss the Chapter 11 Case Pursuant to Section 1112(b) of the Bankruptcy Code and for Entry of an Order: (A) Granting Relief From the Automatic Stay, (B) Conditioning Any Continuation of the Stay on the Provision of Adequate Protection; and (C) Confirming that this is a Single Asset Real

Estate Case Subject to 11 U.S.C. § 362(d)(3) filed April 29, 2010 [Docket No. 79]

B) Objection of the Official Committee of Unsecured Creditors of Westland DevCo, LP, with Respect to Barclays Capital Real Estate Inc.'s Motions (I) to Dismiss the Debtor's Chapter 11 Case Pursuant to Section 1112(b) of the Bankruptcy Code and (II) for Entry of an Order: (A) Granting Relief From the Automatic Stay, (B) Conditioning Any Continuation of the Stay on the Provision of Adequate Protection; and (C) Confirming that this is a Single Asset Real Estate Case Subject to 11 U.S.C. § 362(d)(3) filed April 30, 2010 [Docket No. 84]

Status: This matter is going forward. The parties will present closing arguments at the hearing.

2. Motion of Barclays Capital Real Estate Inc. for Entry of an Order: (A) Granting Relief From the Automatic Stay; (B) Conditioning Any Continuation of the Stay on the Provision of Adequate Protection; and (C) Confirming that this is a Single Asset Real Estate Case Subject to 11 U.S.C. § 362(D)(3) filed April 15, 2010 [Docket No. 39]

Related Documents:

A) Declaration and Expert Report of Ronald F. Greenspan filed April 29, 2010 [Docket No. 81]

B) Reply Brief of Barclays Capital Real Estate Inc. with Respect to Debtor's Objections to: (I) Motion of Barclays Capital Real Estate Inc. to Dismiss the Debtor's Chapter 11 Case Pursuant to Section 1112(b) of the Bankruptcy Code; and (II) Motions of Barclays Capital Real Estate Inc. to Dismiss the Chapter 11 Case Pursuant to Section 1112(b) of the Bankruptcy Code and for Entry of an Order: (A) Granting Relief From the Automatic Stay, (B) Conditioning Any Continuation of the Stay on the Provision of Adequate Protection; and (C) Confirming that this is a Single Asset Real Estate Case Subject to 11 U.S.C. § 362(d)(3) filed April 30, 2010 [Docket No. 85]

Response Deadline: April 28, 2010 at 4:00 p.m. (ET)

Responses Filed:

A) Debtor's Objection to the Motion of Barclays Capital Real Estate, Inc. for Entry of an Order: (A) Granting Relief From the Automatic Stay; (B) Conditioning Any Continuation of the Stay on the Provision of Adequate Protection; and (C) Confirming that this is a Single Asset Real Estate Case Subject to 11 U.S.C. § 362(D)(3) filed April 28, 2010 [Docket No. 74]

Related Documents:

i) Declaration of Frank Faye in Support of Debtor's Opposition to Motions of Barclays Capital Real Estate Inc. to Dismiss the Chapter 11 Case Pursuant to Section 1112(b) of the Bankruptcy Code and for Entry of an Order: (A) Granting Relief From the Automatic Stay, (B) Conditioning Any Continuation of the Stay on the Provision of Adequate Protection; and (C) Confirming that this is a Single Asset Real Estate Case Subject to 11 U.S.C. § 362(d)(3) filed April 28, 2010 [Docket No. 75]

ii) Declaration of Bruce V. Cook in Support of Debtor's Opposition to Motions of Barclays Capital Real Estate Inc. to Dismiss the Chapter 11 Case Pursuant to Section 1112(b) of the Bankruptcy Code and for Entry of an Order: (A) Granting Relief From the Automatic Stay, (B) Conditioning Any Continuation of the Stay on the Provision of Adequate Protection; and (C) Confirming that this is a Single Asset Real Estate Case Subject to 11 U.S.C. § 362(d)(3) filed April 28, 2010 [Docket No. 76]

iii) Declaration of Robert Starkman in Support of Debtor's Opposition to Motions of Barclays Capital Real Estate Inc. to Dismiss the Chapter 11 Case Pursuant to Section 1112(b) of the Bankruptcy Code and for Entry of an Order: (A) Granting Relief From the Automatic Stay, (B) Conditioning Any Continuation of the Stay on the Provision of Adequate Protection; and (C) Confirming that this is a Single Asset Real Estate Case Subject to 11 U.S.C. § 362(d)(3) filed April 28, 2010 [Docket No. 77]

iv) Declaration of Darin L. Buchalter in Support of Debtor's Opposition to Motions of Barclays Capital Real Estate Inc. to Dismiss the Chapter 11 Case Pursuant to Section 1112(b) of the Bankruptcy Code and for Entry of an Order: (A) Granting Relief From the Automatic Stay, (B) Conditioning Any Continuation of the Stay on the Provision of Adequate Protection; and (C) Confirming that this is a Single Asset Real Estate Case Subject to 11 U.S.C. § 362(d)(3) filed April 29, 2010 [Docket No. 79]

B) Objection of the Official Committee of Unsecured Creditors of Westland DevCo, LP, with Respect to Barclays Capital Real Estate Inc.'s Motions (I) to Dismiss the Debtor's Chapter 11 Case Pursuant to Section 1112(b) of the Bankruptcy Code and (II) for Entry of an Order: (A) Granting Relief From the Automatic Stay, (B) Conditioning Any Continuation of the Stay on the Provision of Adequate Protection; and (C) Confirming that this is a Single Asset Real Estate Case Subject to 11 U.S.C. § 362(d)(3) filed April 30, 2010 [Docket No. 84]

Status: This matter is going forward. The parties will present closing arguments at the hearing.

45895/0001-6721267v1

3. Motion of the Barclays Capital Real Estate Inc. for Order Authorizing Filing of Certain Exhibits Under Seal filed May 3, 2010 [Docket No. 90]

   Related Documents:

   A) Motion to Shorten Notice of the Motion of the Barclays Capital Real Estate Inc. for Order Authorizing Filing of Certain Exhibits Under Seal filed April 29, 2010 [Docket No. 91]

   Response Deadline: (Proposed) May 5, 2010 at 9:00 a.m.

   Responses Filed: None

   Status: This matter will go forward upon approval by the Court.

Dated: May 6, 2010
Wilmington, Delaware

COLE, SCHOTZ, MEISEL,
FORMAN & LEONARD, P.A.

By: /s/ Marion Quirk
Norman L. Pernick (No. 2290)
Marion M. Quirk (No. 4136)
Patrick J. Reilley (No. 4451)
500 Delaware Avenue, Suite 1410
Wilmington, DE 19801
Tel: (302) 652-3131
Fax: (302) 652-3117

– and –

Michael D. Sirota, Esquire
Ilana Volkov, Esquire
Warren S. Usatine, Esquire
25 Main Street
Hackensack, NJ 07602-0800
Tel: (201) 489-3000
Fax: (201) 489-1536

Proposed Counsel for the Debtor
and Debtor-in-Possession