# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: ) | Chapter 11 |
| ) | |
| ) | Case No. 10-11166(CSS) |
| Westland DevCo, LP, ) | |
| ) | |
| Debtor. ) | |
| ) | Related Docket Nos. 23 and 39 |
| ) | |

## ORDER

Upon consideration of the Motion of Barclays Capital Real Estate Inc. to Dismiss the Debtor's Chapter 11 Case Pursuant to Section 1112(b) of the Bankruptcy Code [D.I. 23] filed on April 12, 2010 ("Motion to Dismiss"); and the Motion of Barclays Capital Real Estate Inc. for Entry of an Order: (A)Granting Relief from the Automatic Stay; (B) Conditioning Any Continuation of the Stay on the Provision of Adequate Protection; and (C) Confirming that this is a Single Asset Real Estate Case Subject to 11 U.S.C. § 362(D)(3)[D.I. 39] filed on April 15, 2010("Stay Relief Motion", collectively, the "Motions"); the Court having reviewed the Motions and the objections thereto; the Court having heard the evidence and the statements of counsel and parties in interest regarding the Motions at a hearing before the Court May 5, 2010 and May 10, 2010 (the "Hearing"); and the Court finding that (1) the Court has jurisdiction over these matters, pursuant to 28 U.S.C. § 1334; (2) this is a core proceeding pursuant to 28 U.S.C. § 157(b); and (3) notice of the Motions and the Hearing were adequate under the

circumstances;

IT IS HEREBY ORDERED THAT, for the reasons set forth at the Hearing,

1) The Motion to Dismiss is GRANTED and this Chapter 11 case is DISMISSED; and

2) The Stay Relief Motion is DENIED without prejudice as moot.

Christopher S. Sontchi, Judge
United States Bankruptcy Court

Dated: May 10, 2010